JAN P. WEIR, State Bar No. 106652
MONIQUE M. HEYNINCK, State Bar No. 220,622
STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, California 92660-6441
Telephone: (949) 725-4000
Fax: (949) 725-4100
E-Mail: mheyninck@sycr.com

Attorneys for Plaintiff
Obesity Research Institute, LLC

JOSEPH P. SCHILLECI, JR.
NATTER & FULMER, P.C.
3800 Colonnade Parkway, Suite 450
Birmingham, Alabama 35243
Telephone: (205) 968-5300
Fax: (205) 968-5330
E-Mail: schilleci@natterfulmer.com

Attorney for Defendant
Pro Hac Vice Pending
Hi-Tech Pharmaceuticals, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBESITY RESEARCH INSTITUTE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HI-TECH PHARMACEUTICALS, INC., a Georgia corporation,<br><br>Defendant. | Case No. 06-CV-1627 DMS NLS<br><br>**NOTICE OF SETTLEMENT AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Hon. Dana M. Sabraw |

**PLEASE TAKE NOTICE** that the parties to this action have settled this case in its entirety.

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the above entitled action be dismissed in its entirety as to

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

1

NOTICE OF SETTLEMENT AND [PROPOSED] ORDER OF DISMISSAL    06-CV-1627 DMS NLS
DOCSOC/1213871v1/010151-0012

1  all parties with prejudice pursuant to a confidential settlement agreement, and both
2  parties shall bear their own costs and attorneys' fees.
3
4
5  DATED: March 6, 2007          JAN P. WEIR
                                  MONIQUE M. HEYNINCK
6                                 STRADLING YOCCA CARLSON & RAUTH
7
                                  By: /s/ Monique M. Heyninck
8                                     Monique M. Heyninck
                                      Attorneys for Plaintiff
9                                     Obesity Research Institute, LLC
10
11 DATED: March 6, 2007          NATTER & FULMER, P.C.
12
                                  By: /s/ Joseph P. Schilleci
13                                    Joseph P. Schilleci, Jr.
                                      Pro Hac Vice Pending
14                                    Attorney for Defendant
                                      Hi-Tech Pharmaceuticals, Inc.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

2

NOTICE OF SETTLEMENT AND [PROPOSED] ORDER OF DISMISSAL    06-CV-1627 DMS NLS
DOCSOC/1213871v1/010151-0012

# ORDER

**IT IS HEREBY ORDERED** that pursuant to the Stipulation of the parties made pursuant to Federal Rules of Civil Procedure 41(a)(1) this action is hereby dismissed in its entirety.

DATED: _____        _____
                                HONORABLE DANA M. SABRAW
                                JUDGE OF THE DISTRICT COURT

Stradling Yocca
Carlson & Rauth
Lawyers
Newport Beach

3

NOTICE OF SETTLEMENT AND [PROPOSED] ORDER OF DISMISSAL    06-CV-1627 DMS NLS
DOCSOC/1213871v1/010151-0012

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss
COUNTY OF ORANGE     )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is STRADLING YOCCA CARLSON & RAUTH, 660 Newport Center Drive, Suite 1600, Newport Beach, CA 92660. On March 6, 2007, I served the within document:

**NOTICE OF SETTLEMENT AND [PROPOSED] ORDER OF DISMISSAL**

☐ I sent such document from facsimile machine on March ___, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine which confirms said transmission and receipt.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Newport Beach, CA addressed as set forth below.

☑ by electronic mail in pdf format to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed FEDERAL EXPRESS package for overnight delivery at Newport Beach, California addressed as set forth below.

Joseph P. Schilleci, Jr., Esq.
NATTER & FULMER, P.C.
3800 Colonnade Parkway, Suite 450
Birmingham, Alabama  35243
T:  205-968-5300
F:  205-968-5330
E-Mail:  schilleci@natterfulmer.com

*Attorneys for Defendant*
*Hi-Tech Pharmaceuticals, Inc.*

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4

NOTICE OF SETTLEMENT AND [PROPOSED] ORDER OF DISMISSAL    06-CV-1627 DMS NLS
DOCSOC/1213871v1/010151-0012

1  I am readily familiar with the firm's practice of collection and processing
2  correspondence for mailing. Under that practice it would be deposited with the
   U.S. Postal Service on that same day with postage thereon fully prepaid in the
3  ordinary course of business. I am aware that on motion of the party served, service
4  is presumed invalid if postal cancellation date or postage meter date is more than
   one day after the date of deposit for mailing in affidavit.
5
6  I declare that I am employed in the office of a member of the bar of this
   court whose direction the service was made.
7
8  Executed on March 6, 2007, at Newport Beach, California.

*/s/ Kuster*

Terry L. Kuester

STRADLING YOCCA
CARLSON & RAUTH
Lawyers
Newport Beach

5

NOTICE OF SETTLEMENT AND [PROPOSED] ORDER OF DISMISSAL   06-CV-1627 DMS NLS
DOCSOC/1213871v1/010151-0012